**Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00326-CV

## ALMA ROSA MARTINEZ LOPEZ AND JOE LUIS MARTINEZ, AS HUSBAND AND WIFE, Appellants

## V.

## AUTOTAINMENT PARTNERS, LTD D/B/A PLANET FORD AND CHARLIE MUTZ, Appellees

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1014846**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed March 13, 2013. The order appellants seek to appeal is interlocutory as it is a partial summary judgment granted in favor of appellee, Charlie Mutz. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally*

*Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On May 2, 2013, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellants filed a response demonstrating grounds for continuing the appeal on or before . *See* TEX. R. APP. P. 42.3(a). Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.